# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv76

| | |
|---|---|
| SHAD EVERETTE ELLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> DISTRIBUTION TECHNOLOGY, ) <br> INC.; WAL-MART DISTRIBUTION; ) <br> SAM'S CLUB DISTRIBUTION; and ) <br> TARGET WAREHOUSE AND ) <br> DISTRIBUTION, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the court on periodic docket review. Review of the Pretrial Order reveals that a ready date for trial has not been set. The parties are advised that a "ready date for trial" is not necessarily the actual date the case will be tried, but the day on or after which this matter will be placed on the next available trial calendar. The court's trial calendars are available at the following link: http://www.ncwd.uscourts.gov/Calendar/Court.aspx.

While ready dates for trial are firm dates, the court will accommodate reasonable requests for continuances based on the needs of the case, the parties, or counsel. Motions for continuances should be filed as soon as the need arises.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Pretrial Order is amended to provide a Ready Date for Trial of November 1, 2011.

Signed: March 28, 2011

Max O. Cogburn Jr.
United States District Judge