# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shad Everette Ellis ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                    3:10-cv-76

Distribution Technology Inc, et al

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2011 Order.

                                          Signed: August 29, 2011

Frank G. Johns, Clerk
United States District Court